# EXHIBIT A

## SUMMONS TO TRANS UNION, LLC



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JALILAH OTTO | Case Number: 1716-CV05719 |
|---|---|
| Plaintiff/Petitioner:<br>FREDERICK ESKRIDGE<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>T RYAN MERRIGAN<br>MOLNER/MERRIGAN, LC<br>111 WEST 10TH STREET<br>KANSAS CITY, MO 64105<br>(816) 200-2573 |
| Defendant/Respondent:<br>CAPITAL ONE BANK USA, NA | Date, Time and Location of Court Appearance:<br>26-APR-2017, 09:00 AM<br>DIVISION 26 7TH FLOOR<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>AC Misc Associate Civil-Other | |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to:** TRANSUNION LLC
**Alias:**

RA: PRENTICE-HALL CORP
221 BOLIVAR ST
JEFFERSON CITY, MO 65101



**COURT SEAL OF**

**JACKSON COUNTY**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

15-MAR-2017
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                         _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)   Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
                        Date              Notary Public

**Sheriff's Fees, if applicable**
Summons            $_____
Non Est            $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $  10.00
Mileage            $_____ (_____ miles @ $_____ per mile)
Total              $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

Revised 7/3/13         Service Information - Attorney

Case 4:17-cv-00286-ODS   Document 1-2   Filed 04/17/17   Page 3 of 3